IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Harrisonburg Division)

| | |
|---|---|
| **CATHY GARDNER**<br><br>    **Plaintiff**<br><br>**v.**<br><br>**GARY JONES,**<br><br>    **Defendant.** | CASE NO.:   5:23cv34 |

## NOTICE OF REMOVAL

**To:   The Judges of the United States District Court for the Western District of Virginia and counsel for Plaintiff**

Defendant Gary Jones, by and through his undersigned counsel, hereby files this Notice of Removal of the above-captioned action to the United States District Court for the Western District of Virginia (Harrisonburg Division) from the Circuit Court for Augusta County, Virginia in the action styled *Cathy Gardner, v. Gary Jones, et al.*; Case No.: CL220001394-00, pursuant to 28 U.S.C. §§ 1332(a), 1441(b), and 1446, and in support thereof states as follows:

### PARTIES

1. Plaintiff, Cathy Gardner upon information and belief, is a citizen of the State of Florida and is domiciled in Sarasota, Florida.

2. Defendant Gary Jones is a citizen of Alabama and his home address is 5674 Highway 17, Helena, Alabama, 35080. Thus, Mr. Jones is a citizen of the State of Alabama and is not a citizen of the Commonwealth of Virginia.

3. Ryder Truck Rental, Inc. ("Ryder") was also named as a defendant in the lawsuit. Ryder is a Florida stock corporation, and its principal office address is 11690 NW 105th St,

Medley, FL, 33178. The Circuit Court for Augusta County, Virginia entered an order dismissing Ryder from the case on May 9, 2023. Therefore, Ryder is no longer a party to this lawsuit.

4. Upon information and belief, Progressive American Insurance Company ("Progressive") and Erie Insurance Exchange ("Erie") were served pursuant to Virginia Code § 38.2-2206, which is Virginia's Underinsured Motorist Statute. While Progressive and Erie are not parties to the case, even if the Court treats them as parties, there is complete diversity. Progressive is a stock corporation incorporated in Ohio and its principal place of business is 6300 Wilson Mills Rd, Cleveland, OH, 44143 – 2109. Therefore, Progressive is a citizen of Ohio. Upon information and belief, "Erie Insurance Exchange" is also known as "The Erie Insurance Exchange Activities Association, Inc." and it is a domestic nonprofit corporation insurance exchange organized under the laws of Pennsylvania with a principal place of business located at 100 Erie Insurance Pl, Erie, PA 16530. Therefore, Erie is a citizen of Pennsylvania.

## REMOVED CASE

5. The removed case is a civil action filed on or about July 18, 2022 in the Circuit Court for Augusta County, Virginia styled *Cathy Gardner, v. Gary Jones, et al.*; Case No.: CL220001394-00. A copy of the Complaint is attached hereto as **Exhibit A**.

## TIMELY REMOVAL

6. On August 2, 2022, Plaintiff served the Complaint on Mr. Jones through the Acting Commissioner of the Department of Motor Vehicles of the Commonwealth of Virginia pursuant to Virginia Code §§ 8.01-308 and 8.01-310. Plaintiff also served Ryder on August 5, 2022 through the Acting Commissioner of the Department of Motor Vehicles of the Commonwealth of Virginia pursuant to Virginia Code §§ 8.01-308 and 8.01-310. Complete diversity did not exist until the Circuit Court for Augusta County, Virginia dismissed Ryder from the case on May 9, 2023.

Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b), as thirty (30) days have not elapsed since Mr. Jones received the Order whereby the case first became removable. Moreover, Mr. Jones filed this notice of removal within one year from the commencement of the action in the Circuit Court for Augusta County, Virginia.

## VENUE REQUIREMENT

7. Venue for this Removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action is pending.

## DIVERSITY JURISDICTION

8. This Court has original jurisdiction based on complete diversity of citizenship between the parties and the amount in controversy exceeding the sum or value of $75,000, pursuant to 28 U.S.C. § 1332(a). Plaintiff's *ad damnum* clause in the state court complaint seeks $750,000. (*See* **Exhibit A**).

## GROUNDS FOR REMOVAL

9. As set forth above, Plaintiff is a citizen of Florida. At the time Plaintiff filed this action, Plaintiff was a citizen of Florida.

10. Mr. Jones is a citizen of Alabama and his address is 5674 Highway 17, Helena, Alabama, 35080.

11. Underinsured Motorist Carrier Progressive is an Ohio corporation with its principal place of business located at 6300 Wilson Mills Rd, Cleveland, OH, 44143 – 2109. Therefore, Progressive is a citizen of Ohio.

12. Erie is an insurance exchange created under the laws of Pennsylvania with its principal place of business located at 100 Erie Insurance Pl, Erie, PA 16530. Therefore, Erie is a citizen of Pennsylvania.

13. Because Plaintiff is a citizen of Florida, Defendant is a citizen of Alabama, Progressive is a citizen of Ohio, and Erie is a citizen of Pennsylvania, complete diversity of citizenship exists between Plaintiff, Defendant, and the Underinsured Motorist Insurance Carriers.

14. In the Complaint, Plaintiff seeks judgment against Defendant "in the sum of SEVEN HUNDRED FIFTY THOUSAND and 00/100 DOLLARS ($750,000), plus prejudgment and post-judgment interest and costs." (*See* **Exhibit A**). Thus, the amount in controversy, without interest and costs, exceeds the sum or value of $75,000, which is the amount specified by 28 U.S.C. § 1332(a).

15. Therefore, this Court has original jurisdiction, pursuant to 28 U.S.C. § 1332(a), and the action is removable from the Circuit Court for Augusta County, Virginia pursuant to 28 U.S.C. § 1441(b).

16. Mr. Jones is the only remaining defendant in this case, and he consents to removal of this case to Federal Court.

**PROCEDURAL COMPLIANCE**

17. Pursuant to 28 U.S.C. § 1446(a), copies of all documents, process, pleadings, motions, and orders served upon Defendant in this matter are attached hereto. This represents the entirety of the filings served on Defendant. (*See* **Exhibit A**). Defendant has also attached his Answer, which he filed in Augusta County, Virginia Circuit Court. (*See* **Exhibit A**).

18. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice to Plaintiff of the filing of this Notice of Removal and will file a copy of the Notice of Removal with the Circuit Court for Augusta County, Virginia.

19. Pursuant to the Western District of Virginia's Corporate Disclosure Standing Order, Defendant will file with this Court a Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation.

20. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, Defendant will file with this Court his response to Plaintiff's Complaint.

21. Defendant will file a Civil Cover Sheet.

WHEREFORE, Defendant Gary Jones respectfully requests that this action be removed to this Court from the Circuit Court for Augusta County, Virginia and that this action proceed in this Court as an action properly removed.

                Respectfully submitted,

                **GARY JONES**
                Defendant, By Counsel:

*/s/ William L. Mitchell, II*
William L. Mitchell, II (VSB #48585)
ECCLESTON & WOLF, P.C.
10400 Eaton Place, Suite 107
Fairfax, Virginia 22030
(703) 218-5330 (Telephone)
(703) 218-5350 (Facsimile)
wmitchell@ewva.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 7th day of June, 2023, a true and correct copy of the foregoing NOTICE OF REMOVAL was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification of such filing served by electronic mail, and the foregoing was served via electronic mail and first-class mail, postage prepaid to:

>Leslee Soudrette, Esq.
>Scott D. Fitzgerald, Esq.
>ALLEN, ALLEN, ALLEN & ALLEN
>3504 Plank Rd
>Fredericksburg, Virginia 22407
>leslee.soudrette@allenandallen.com
>scott.fitzgerald@allenandallen.com
>*Counsel for Plaintiff*

>*/s/ William L. Mitchell, II*
>William L. Mitchell, II (VSB #48585)
>ECCLESTON & WOLF, P.C.
>10400 Eaton Place, Suite 107
>Fairfax, Virginia 22030
>(703) 218-5330
>(703) 218-5350 (fax)
>wmitchell@ewva.com
>*Counsel for Defendant*