

# Augusta County Circuit Court

**R. STEVEN LANDES, CLERK**
1 East Johnson Street
P.O. Box 689
Staunton, Virginia 24402-0689
Phone: 540-245-5321
Fax: 540-245-5318

CIVIL DIVISION
540-245-5319

CRIMINAL DIVISION
540-245-5016

COURT DIVISION
540-245-5321

ACCOUNTING DIVISION
540-245-5081

LAND RECORD DIVISION
540-245-5320

PROBATE DIVISION
540-245-5317

June 13, 2023

Clerk
United States District Court
Western District of Virginia
Harrisonburg Division
116 North Main Street, Room 314
Harrisonburg, VA 22802

CLERK'S OFFICE U.S. DISTRICT. COURT
AT HARRISONBURG, VA
FILED

JUN 2 0 2023

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

**RE: Cathi Gardner v. Gary Jones, et al.**
**Civil Action No. 5:23-cv-00034/State Court No. CL22001394-00**

Enclosed please find all documents in regard to the above referenced file, pursuant to an Order received from Clerk, U. S. District Court, Harrisonburg, VA, and entered on June 7, 2023, by the Honorable Elizabeth K. Dillon.

Please sign and date the enclosed statement showing that you have received the documents in your office. I have enclosed a self-addressed, envelope for your convenience.

Sincerely,

Jean W. Doyle
Deputy Clerk

/jwd
Enclosures



# Augusta County Circuit Court

### R. STEVEN LANDES, CLERK
1 East Johnson Street
P.O. Box 689
Staunton, Virginia 24402-0689
Phone: 540-245-5321
Fax: 540-245-5318



**CIVIL DIVISION**
540-245-5319

**CRIMINAL DIVISION**
540-245-5016

**COURT DIVISION**
540-245-5321

**ACCOUNTING DIVISION**
540-245-5081

**LAND RECORD DIVISION**
540-245-5320

**PROBATE DIVISION**
540-245-5317

Clerk
United States District Court
Western District of Virginia
Harrisonburg Division
116 North Main Street, Room 314
Harrisonburg, VA 22802

## Augusta County Clerk's Office Civil File Number:  CL22001394-00

Cathi Gardner
**v.**

Gary Jones, et al.

**RECEIVED IN OUR OFFICE ON:** _____, 2023

**SIGNATURE:** _____

## MAILED TO:

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION
## 116 NORTH MAIN STREET, Room 314
## HARRISONBURG, VA 22802

## PURSUANT TO

## ORDER ENTERED ON JUNE 7, 2023

## ON

## THE 13th DAY OF JUNE, 2023

R. STEVEN LANDES, CLERK
Augusta County Circuit Court
P.O. Box 689
Staunton, Virginia 24402-0689

Augusta County Circuit Court
P O Box 689
Staunton, Va  24402

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| Cathy Gardner, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:23-cv-00034 |
| | ) State Court No. CL22001394-00 |
| v. | ) |
| | ) **ORDER** |
| Gary Jones et al, | ) |
| | ) |
| Defendants. | ) |

This case was recently removed from the Circuit Court for Augusta County to the United States District Court for the Western District of Virginia at Harrisonburg. This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this court at 116 N. Main Street, Room 314, Harrisonburg, Virginia 22802, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for Augusta County at P.O. Box 689, Staunton, Virginia 24402.

ENTERED: June 7, 2023

/s/ Elizabeth K. Dillon
United States District Judge

A True and Correct Copy,
Teste: _____ Dep. Clk.
Circuirt Court
County of Augusta, Virginia

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document that was electronically filed with the United States District Court for the Western District of Virginia.
Date Filed: 6-7-23
Laura A. Austin, Clerk of Court
By: _____ Deputy Clerk

Filed in the Clerk's Office of the
Circuit Court of Augusta County
Time: 3:30pm  Date: 6-7-23
TESTE:
_____ Dep. Clk.
Date: